UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HOYT TORREY, | Case No.: 2:26-cv-01340-JAD-BNW |
| Plaintiff, | Case No.: 2:26-cv-01341-APG-MDC |
| v. | Case No.: 2:26-cv-01342-JAD-BNW |
| | Case No.: 2:26-cv-01407-MMD-DJA |
| UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, | |
| Defendant. | **ORDER REASSIGNING CASES** |
| HOYT TORREY, | |
| Plaintiff, | |
| v. | |
| HENDERSON DISTRICT PUBLIC LIBRARIES, | |
| Defendant. | |
| HOYT TORREY, | |
| Plaintiff, | |
| v. | |
| SOUTHERN NEVADA HEALTH DISTRICT, | |
| Defendant. | |
| HOYT TORREY, | |
| Plaintiff, | |
| v. | |
| HENDERSON LIBRARIES, | |
| Defendant. | |

There are three actions pending in this district related to Case No.: 2:26-cv-01340-JAD-BNW. *See* 2:26-cv-01341-APG-MDC; 2:26-cv-01342-JAD-BNW; 2:26-cv-01407-MMD-DJA.

The assigned district judges find that the above-referenced cases are related because Plaintiff's proposed complaint in each case alleges various similar First Amendment violations against different defendants. The assigned judges have determined that *Torrey v. Henderson District Public Libraries*, 2:26-cv-1341-APG-MDC, and *Torrey v. Henderson Libraries*, 2:26-cv-01407-MMD-DJA, should therefore be reassigned to United States District Judge Jennifer A. Dorsey and United States Magistrate Judge Brenda N. Weksler under Local Rule 42-1(a).

It is therefore ordered that *Torrey v. Henderson District Public Libraries*, 2:26-cv-01341-APG-MDC, and *Torrey v. Henderson Libraries*, 2:26-cv-01407-MMD-DJA, are reassigned to Judge Jennifer A. Dorsey and Magistrate Judge Brenda Weksler for all further proceedings.

DATED THIS 13th Day of May 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE


_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE